| AO 10 Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lee, Gerald B | Eastern District of Virginia | 05/14/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2006 to 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 401 Courthouse Square Alexandria, Virginia 22314 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors | Federal Judges' Association |
| 2. | Board of Advisors | Marshall Brennan Program, American University Washington College of Law |
| 3. | Dean's Advisory Council | American University Washington College of Law |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 4/16/99 | Delaware Charter Guarantee Trust Company, IRA FBO Gerald Bruce Lee |
| 2. | 5/92 | Virginia Retirement System, government pension, Fairfax Circuit Court |
| 3. | | |

RECEIVED 2007 MAY 18 A 11: 32 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, Gerald B | 05/14/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1/2006 | ███████████████ |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | University of Virginia Trial Advocacy Institute, UVA Law School, Charlottesville, Va | Transportation, hotel, meals: January 12-13, 2006 |
| 2. | Federal Judges Association Board Meeting, Arlington, Virginia | Hotel and Meals: May 14-16, 2006 |
| 3. | Virginia Trial Lawyers Association Conference, Hot Springs, VA | Hotel and Meals: March 30-31, 2006 |
| 4. | Virginia State Bar Criminal Law Seminar on Evidence Charlottesville Va | Hotel and Meals: February 3, 2006 |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Lee, Gerald B | 05/14/2007 |

| | | |
| --- | --- | --- |
| 5. | United States Sentencing Commission Annual Seminar/Tampa Bar Association Miami, Fl. | Transportation, hotel, and meals: May 28-June 2, 2006 |
| 6. | Judicial Conferenceof Virginia Virginia Beach, Va. | Transportation, hotel and meals: May 15-18, 2006 |
| 7. | Federal Bar Ass'n Foundation of Cincinnati, Inc. (JTBF Conf.) Cincinnati | Transportation, hotel, and meals: September 21-24, 2006 |
| 8. | American Bar Association TECHSHOW, Chicago, Ill. | Transportation, hotel, and meals: April 1, 2006 |
| 9. | Judicial Conference of Virginia Death Penalty Workshop Richmond, Va. | Transportation and lunch: June 19, 2006 |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, Gerald B | 05/14/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, Gerald B | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Virginia Retirement System, Va. Cir. Ct. Pension, 92-98 | D | Interest | K | T | | | | | |
| 2. Alliance Capital Reserves Money Mkt Fund (401k) | A | Dividend | J | T | | | | | |
| 3. Wal Mart Stores, Inc. (IRA) | A | Dividend | J | T | | | | | |
| 4. Opp. Quest for Oppty A Fund | A | Dividend | J | T | Buy mtly | | J | | |
| 5. | | | | | Partial Sale | 09/06 | J | A | |
| 6. AIM Constellation Fund | A | Dividend | J | T | Buy mtly | | J | | |
| 7. | | | | | Partial Sale | 06/05 | J | A | |
| 8. Johnson Controls | A | Dividend | J | T | | | | | |
| 9. Alger Money Market Fund | B | Dividend | J | T | Buy mtly | 9/01 | J | | |
| 10. Vanguard Total Stock Index Fund (IRA) | D | Dividend | L | T | | | | | |
| 11. Vanguard Total Stock Mkt Index (IRA) | D | Dividend | L | T | | | | | |
| 12. Vanguard US Growth Fund (IRA) | C | Dividend | K | T | | | | | |
| 13. Vanguard US Growth Fund (IRA) | B | Dividend | K | T | | | | | |
| 14. Vanguard 500 Index Fund (IRA) | B | Dividend | K | T | | | | | |
| 15. Vanguard Capital Opp (IRA) | D | Dividend | K | T | | | | | |
| 16. Vanguard Treasury Money Mkt Fund | A | Dividend | J | T | Buy mtly | | J | | |
| 17. | | | | | Partial Sale | 02/06 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, Gerald B | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Co-executor Real Estate, Washington, D.C. | | None | K | | Sell | 3/06 | J | D | Buyer: Champlain 1, LLC |
| 19.  Fidelity Fund (IRA) | A | Dividend | J | T | | | | | |
| 20.  Fidelity Aggressive Growth (IRA) | B | Dividend | J | T | | | | | |
| 21.  Goldman Sachs Growth Opp.-A (401(k)) * | A | Dividend | K | T | buy* | 1/06* | | | |
| 22.  Vanguard Health Care Fund (IRA) | A | Dividend | J | T | | | | | |
| 23.  Dreyfus Midcap Value Fund (401 k) * | A | Dividend | J | T | buy* | 1/06* | | | |
| 24.  STI Classic Growth & Inc. Fund (401 (k)) ** | A | Dividend | K | T | buy* | 1/06* | | | |
| 25.  Line 24 **name is STI Classic Capital Appreciation Fund I | | | | | | | | | |
| 26.  STI Classic Large Cap Rel. Value I* (401 k) | A | Dividend | K | T | buy* | 1/06* | | | |
| 27.  TIAA CREF Tax Exempt Bond Fund | A | Dividend | J | T | buy mtl | | J | A | |
| 28. | | | | | Partial sale | 02/06 | | | |
| 29.  Sun Trust Stable Asset (401 (k)) | C | Dividend | K | T | buy* | 7/03 | J | A | |
| 30.  Janus Adviser Int'l Fund (401 (k)) | D | Dividend | J | T | sell | 01/06 | J | B | |
| 31.  MFS Mid Cap Growth Fund(IRA) | D | Dividend | J | T | buy* | 7/03 | J | A | |
| 32.  STI Classic US Govt Sec I (IRA) | E | Dividend | J | T | buy* | 1/05* | J | A | |
| 33.  Fidelity Advisor Equity Income (401 (k) | D | Dividend | J | T | buy* | 1/05* | J | A | |
| 34.  Walt Disney Co. | A | Dividend | J | T | buy mthly | 1/05 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, Gerald B | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Russell 3000 Index | A | Dividend | J | T | buy mthly | 1/05 | J | A | |
| 36. Walmart Stores, Inc. | B | Dividend | J | T | buy mthly | 1/05 | J | A | |
| 37. Starbucks Corp | A | Dividend | J | T | buy mthly | 1/05 | J | A | |
| 38. Burke & Herbert Bank Cert of Dep. | E | Int./Div. | K | T | buy | 11/06 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, Gerald B | 05/14/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. A.

    Co-Executor, Real Estate, Washington, D.C.   The assessed value of this land was approximately $32,000.00, and I own a one-third (1/3) interest in this undeveloped land.  We sold it in March, 2006.

VII. Investments and Trusts

    Several funds move in and out of Spouse's 401 (k) Plan and include references to 401 (k). I am not sure when these funds were added to the 401 K account. All were present in the fund as of December 31, 2006. See the list which follows:

████████401 (k) Plan  includes these items * which have not been previously listed in earlier FDR forms.

No. 23      Dreyfus Midcap Value Fund was added to███████401 (k) plan (not sure of date)

No. 21      Goldman Sachs Growth Opportunities -A. This was added to█████ 401 (k) plan. ( not sure of date)

No. 24      STI Classic US Govt Securities was added to███████401 (k) (not sure of date) *
                  Name of fund is STI Classic Capital Appreciation Fund I

No. 25      STI Classic Large Cap Relative Value I was added to███████401 (k) plan. (not sure of date)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date May 14, 2007

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544